UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| FCCI INSURANCE COMPANY, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 5:18-cv-00043-DAE |
| § | |
| MARK WATSON and LUIS ESQUIVEL, § | |
| § | |
| § | |
| Defendants. § | |

**PLAINTIFF FCCI INSURANCE COMPANY'S
MOTION FOR DEFAULT JUDGMENT**

TO THE HONORABLE COURT:

Plaintiff FCCI Insurance Company ("FCCI") files this Motion for Default Judgment against Defendant Luis Esquivel pursuant to Rule 55 of the Federal Rules of Civil Procedure.

FCCI filed its Original Complaint [Doc. 2] on January 15, 2018. On January 22, 2018, the summons was returned executed as to Defendant Luis Esquivel [Doc. 4]. The deadline for Esquivel to file a response to the Original Complaint was February 12, 2018, the first day that the Court was open following twenty-one days after Esquivel was served.[1] Esquivel has not filed a responsive pleading or otherwise appeared. Following FCCI's Application for Entry of Default, the Clerk of this Court filed an Entry of Default on May 7, 2018 [Doc.12].

Because a default judgment against Esquivel on FCCI's Original Complaint would be declaratory in nature, the Court can enter judgment against Esquivel without resorting to a hearing. *See* FED. R. CIV. P. 55(b)(2)(A)-(D) (listing potential reasons a court might need to hold a hearing on default judgment, which are not applicable in this case).

---

[1] The twentieth day after service of the summons was executed on Esquivel was Sunday, February 11, 2018. Therefore, the deadline for filing his response fell on Monday, February 12, 2018. FED. R. CIV. P. 6(a)(1)(C)

**PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT** – Page 1

Based upon the foregoing, Plaintiff FCCI Insurance Company respectfully moves this Court to grant a default judgment against Defendant Luis Esquivel.

Respectfully submitted,

*/s/J. Richard Harmon*
J. Richard Harmon
State Bar No. 0902070
Jacquelyn Chandler
State Bar No. 24001866

THOMPSON, COE, COUSINS & IRONS, L.L.P.
700 N. Pearl Street, 25th Floor
Dallas, Texas  75201-2832
Telephone:     (214) 871-8200
Facsimile:      (214) 871-8209
Email:   rharmon@thompsoncoe.com
              jchandler@thompsoncoe.com

**ATTORNEYS FOR PLAINTIFF**
**FCCI INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been sent to Luis Esquivel by US Certified Mail/RRR on the 7th day of May, 2018.

*/s/ Jacquelyn Chandler*
Jacquelyn Chandler