AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED
JUL 12 2018
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

FCCI INSURANCE COMPANY )
*Plaintiff* )
v. ) Civil Action No. SA-18-CV-43-DAE
LUIS ESQUIVEL )
*Defendant* )

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus postjudgment interest at the rate of _____%, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: the Court ADOPTS the Magistrate Judge's Report and Recommendation (Dkt. # 18) as the opinion of the Court. Accordingly, Plaintiff's Motion for Default Declaratory Judgment is GRANTED.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge David A. Ezra.

Date: 07/12/2018

CLERK OF COURT JEANNETTE J. CLACK

_____
*Signature of Clerk or Deputy Clerk*